| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Santoro, Frank J. | 2. Court or Organization U. S. Bankruptcy Court, EDVA | 3. Date of Report 06/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 600 Granby Street Norfolk, Virginia 23510 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Ass'n | 02/22/2013 | Virginia Beach, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 2. | American College of Bankruptcy | 03/13/2013 to 03/15/2013 | Washington, D.C. | To appear at professional education seminar | Lodging and transportation |
| 3. | Southeastern Bankruptcy Law Institute | 03/20/2013 to 03/22/2013 | Atlanta, GA | To appear at professional education seminar | Lodging and transportation |
| 4. | New Jersey State Bar Association | 04/03/2013 to 04/05/2013 | Tysons Corner, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 5. | American Bankruptcy Institute | 04/17/2013 | National Harbor, MD | To appear at professional education seminar | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 06/10/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Richmond Bar Association | 04/24/2013 | Richmond, VA | To appear at professional education seminar | Transportation |
| 7. | Virginia Bar Association | 05/10/2013 to 05/11/2013 | Duck, NC | To appear at professional education seminar | Lodging and transportatiom |
| 8. | Northern Virginia Bankruptcy Bar Association | 06/19/2013 to 06/20/2013 | Washington, DC | To appear at professional education seminar | Lodging and transportation |
| 9. | American Bankruptcy Institute | 07/19/2013 to 07/21/2013 | Amelia Island, GA | To appear at professional education seminar | Food, lodging, and transportation |
| 10. | Virginia CLE Foundation | 09/20/2013 to 09/21/2013 | Charlottesville, VA | To appear at professional education seminar | Food, lodging, and transportation |
| 11. | American Bankrupty Institute | 09/26/2013 to 09/27/2013 | Washington, DC | To appear at professional education seminar | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. | FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. | Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. | Waterside Capital Corporation | | None | J | T | | | | | |
| 5. | Gateway Fund Class A | A | Int./Div. | J | T | | | | | |
| 6. | Ivy Asset Strategy Fund Class A | D | Int./Div. | L | T | | | | | |
| 7. | Growth Fund of America Class A | A | Int./Div. | | | Sold | 04/10/13 | M | D | |
| 8. | New Perspective Fund Inc. Class A | A | Int./Div. | L | T | | | | | |
| 9. | Washington Mutual Inv. Fund Inc. Class A | B | Dividend | M | T | | | | | |
| 10. | Capital World Growth and Income Fund Inc. | B | Int./Div. | L | T | | | | | |
| 11. | New World Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 12. | Pace Money Market Investments Fund Class P | A | Int./Div. | J | T | | | | | |
| 13. | Royce Premier Fund | D | Int./Div. | K | T | | | | | |
| 14. | Pimco Emerging Markets Local Bond Fund A | A | Int./Div. | | | Sold | 04/10/13 | J | A | |
| 15. | Oakmark Equity and Income Fund Class 1 | D | Int./Div. | K | T | | | | | |
| 16. | AMCAP Fund Inc., Class A | A | Int./Div. | K | T | | | | | |
| 17. | New Economy Fund Class A | A | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Mid-Cap Growth Fund Class A | A | Int./Div. | | | Sold | 09/16/13 | J | A | |
| 19. JP Morgan Large Cap Growth Fund Class A | C | Int./Div. | L | T | | | | | |
| 20. Franklin Templeton Global Bond Fund Class A | C | Int./Div. | K | T | | | | | |
| 21. Loomis Sayles Strategic Income Fund | D | Int./Div. | L | T | | | | | |
| 22. Pimco All Assets Auth A | B | Int./Div. | K | T | | | | | |
| 23. Pimco Global Multi Asset Fund Class A | A | Int./Div. | | | Sold | 08/14/13 | K | C | |
| 24. First Eagle Global Fund Class A | D | Int./Div. | L | T | | | | | |
| 25. American Mutual Class A | B | Int./Div. | L | T | | | | | |
| 26. Fundamental Investors Class A | A | Int./Div. | K | T | | | | | |
| 27. Williamsburg Davenport Fund | B | Int./Div. | L | T | | | | | |
| 28. Fidelity Advisor Real estate Income Fund Class A | B | Int./Div. | | | Sold | 04/10/13 | J | | |
| 29. Yachtman Fund Service | D | Int./Div. | L | T | | | | | |
| 30. Delaware Diversified Income Fund Class A | B | Int./Div. | | | Sold | 04/10/13 | L | C | |
| 31. Loomis Sayles Investment Grade Bond Fund Class A | A | Int./Div. | | | Sold | 04/10/13 | L | D | |
| 32. Pimco Real Return Fund Class A | A | Int./Div. | | | Sold | 04/09/13 | J | B | |
| 33. Pimco Totsl Return Funhd Class A | A | Int./Div. | | | Sold | 09/12/13 | J | B | |
| 34. Mainstay Market Field Fund Class A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianz AGIC Income & Growth Fund Class A | D | Int./Div. | K | T | | | | | |
| 36. Prudential Real Estate Fund Class A | A | Int./Div. | | | Sold | 09/12/13 | K | A | |
| 37. Virtus Emerging Markets Opportunities Fund Class A | B | Int./Div. | | | Sold | 09/10/13 | K | B | |
| 38. Prudential Jennison Mid-Cap Growth Fund, Inc. Class A | B | Int./Div. | L | T | Buy | 04/11/13 | L | | |
| 39. Thornburg Developing World Fund Class A | C | Int./Div. | L | T | Buy | 04/12/13 | L | | |
| 40. Transparent Value Directional Allocation Fund Class A | D | Int./Div. | L | T | Buy | 04/12/13 | L | | |
| 41. Black Rock High Yield Bond A | B | Int./Div. | K | T | Buy | 09/13/13 | K | | |
| 42. John Hancock Strategic Strategic Income Opp Class A | A | Int./Div. | K | T | Buy | 09/13/13 | K | | |
| 43. Pimco Income Fund Class A | A | Int./Div. | L | T | Buy | 04/11/13 | L | | |
| 44. Invesco Balanced Risk Allocation Fund A | A | Int./Div. | K | T | Buy | 04/15/13 | L | | |
| 45. J P Morgan Income Builder Class A | B | Int./Div. | K | T | Buy | 04/11/13 | K | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 06/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 7, 8, 9, 10, 11, 16, 17, 25, 26, and 27 are mutual funds maintained at Davenport and Company

Holdings in lines 6, 12, 13, 15, 19, 20, 21, 22, 24, 29, 34, 35, and 38 thru 45 inclusive are mutual funds maintained at UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544